IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DWAIN SMITH**                                                                                 **PLAINTIFF**

**v.**                         **Case No. 4:12-cv-268-KGB**

**CONWAY COUNTY, ARKANSAS,**
**A Public Body Corporate and Politic,**
**MIKE SMITH, In His Official Capacity as**
**Sheriff for Conway County, Arkansas,**
**RICK EMERSON, In His Individual and Official**
**Capacity as Jail Administrator for Conway County**
**Detention Center, JACOB ZULPO, In His**
**Individual and Official Capacity as Jailer for the**
**Conway County Detention Center, JANSEN CHOATE,**
**In His Individual and Official Capacity as Jailer for**
**the Conway County Detention Center**                            **DEFENDANTS**

**ORDER**

Based on docket number 58, the Court removes this case from the trial docket for the week of March 23, 2015.

SO ORDERED this 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge