IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DWAIN SMITH**                                                                                                  **PLAINTIFF**

**v.**                                **Case No. 4:12-cv-268-KGB**

**CONWAY COUNTY, ARKANSAS,**
**A Public Body Corporate and Politic,**
**MIKE SMITH, In His Official Capacity as**
**Sheriff for Conway County, Arkansas,**
**RICK EMERSON, In His Individual and Official**
**Capacity as Jail Administrator for Conway County**
**Detention Center, JACOB ZULPO, In His**
**Individual and Official Capacity as Jailer for the**
**Conway County Detention Center, JANSEN CHOATE,**
**In His Individual and Official Capacity as Jailer for**
**the Conway County Detention Center**                      **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 60). The parties represent that they have reached a full and final settlement. The Court grants the parties' motion and dismisses this case with prejudice.

SO ORDERED this 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge